

United States District Court
Eastern District of California

CENTER FOR BIOLOGICAL DIVERSITY

Plaintiff(s)

V.

U.S. FISH AND WILDLIFE SERVICE; et al.

Defendant(s)

Case Number: 2:26-cv-2311-WBS-JDP

APPLICATION FOR PRO HAC VICE
AND ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Margaret E. Townsend hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Center for Biological Diversity, Plaintiff

On 10/02/2014 (date), I was admitted to practice and presently in good standing in the State of Oregon (court).  A certificate of good standing from that court is submitted in conjunction with this application.  I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court.  (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 06/30/2026                    Signature of Applicant: /s/ Margaret Townsend

**Pro Hac Vice Attorney**

Applicant's Name: Margaret E. Townsend

Law Firm Name: Center for Biological Diversity

Address: PO Box 11374

City: Portland          State: OR      Zip: 97211

Phone Number w/Area Code: (971) 717-6409

City and State of Residence: Portland, Oregon

Primary E-mail Address: mtownsend@biologicaldiversity.org

Secondary E-mail Address:

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Brian Segee

Law Firm Name: Center for Biological Diversity

Address: 226 W. Ojai Ave., Ste. 101-442

City: Ojai          State: CA      Zip: 93023

Phone Number w/Area Code: (805) 750-8852          Bar # 200795

## ORDER

The Pro Hac Vice Application is APPROVED.  The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated:  July 1, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE