ERIC GRANT
United States Attorney
ALYSON A. BERG
Assistant United States Attorney
4500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY,<br><br>Plaintiff,<br><br>v.<br><br>U.S. FISH AND WILDLIFE SERVICE, et al.,<br><br>Defendants. | CASE NO. 2:26-cv-02311-WBS-JDP<br><br>**JOINT STIPULATION FOR EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO THE COMPLAINT; ORDER** |

Pursuant to Local Rule 144, Plaintiff, Center for Biological Diversity, and Defendants, U.S. Fish and Wildlife Service, et al., through their undersigned respective attorney of record, stipulate and agree to extend the time for the Defendants to answer or otherwise respond to the Complaint by sixty (60) days to November 3, 2026, to allow the parties to begin the process for attempting to negotiate a resolution of the action.

Good cause exists for this joint stipulation to conserve time and resources of the parties while the parties pursue the potential resolution of the lawsuit.

Accordingly, the parties respectfully request the Court to issue an order extending the time for Defendants to answer or otherwise respond to the Complaint by sixty days to November 3, 2026.

///

///

Dated: August 3, 2026

ERIC GRANT
United States Attorney

By: */s/ Alyson A. Berg*
ALYSON A. BERG
Assistant United States Attorney

Attorneys for Defendants

Dated: August 3, 2026

*/s/ Margaret E. Townsend (as authorized on 08/03/2026)*
MARGARET E. TOWNSEND *pro hac vice*
Center for Biological Diversity
P.O. Box 11374
Portland, OR 97211
tel: (971) 717-6409
mtownsend@biologicaldiversity.org

BRIAN SEGEE (Cal. Bar No. 200795)
Center for Biological Diversity
226 W. Ojai Ave., Ste. 101-442
Ojai, CA 93023
tel: (805) 750-8852
bsegee@biologicaldiversity.org

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY,<br>Plaintiff,<br>v.<br>U.S. FISH AND WILDLIFE SERVICE, et al.,<br>Defendants. | CASE NO. 2:26-cv-02311-WBS-JDP<br>**ORDER FOR JOINT STIPULATION FOR EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO THE COMPLAINT** |

ORDER

This Court has considered the parties' joint stipulation to extend the time for Defendants to respond to the Complaint by sixty (60) days to November 3, 2026. Based on the facts set forth in the Stipulation, the Court finds that good cause exists, therefore:

IT IS SO ORDERED that Defendants' responsive pleading to Plaintiff's Complaint shall be due by November 3, 2026.

Dated: August 4, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE