ERIC GRANT
United States Attorney
ALYSON A. BERG
Assistant United States Attorney
4500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY,<br><br>Plaintiff,<br><br>v.<br><br>U.S. FISH AND WILDLIFE SERVICE, et al.,<br><br>Defendants. | CASE NO. 2:26-cv-02311-WBS-JDP<br><br>**SECOND JOINT STIPULATION FOR EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO THE COMPLAINT AND TO CONTINUE STATUS (PRETRIAL SCHEDULING) CONFERENCE; ORDER** |

Pursuant to Local Rule 144, Plaintiff, Center for Biological Diversity, and Defendants, U.S. Fish and Wildlife Service, et al., through their undersigned respective attorneys of record, (the "Parties"), stipulate and agree to extend the time for the Defendants to answer or otherwise respond to the Complaint by ninety (90) days, to February 1, 2027, to allow the Parties to continue their meaningful discussions regarding the process for attempting to negotiate a resolution of the action. The Parties further stipulate and agree to continue the Status (Pretrial Scheduling) Conference to February 15, 2027, or a date thereafter that is convenient to the Court.

This is the Parties' second request for an extension to respond to the complaint, and the Parties attest that they are actively engaging in meet and confer efforts regarding potential resolution of this matter. ECF 8. To facilitate these discussions, the Parties agree that an additional ninety-day extension is appropriate. Good cause exists for this joint stipulation as it will conserve the time and resources of

the Parties and the Court while the Parties continue their meaningful discussions regarding the process for attempting to negotiate a resolution of the action.

Accordingly, the Parties respectfully request the Court to issue an order extending Defendants' deadline to respond to the Complaint to February 1, 2027, and continuing the Status (Pretrial Scheduling) Conference to February 22, 2027, or a date thereafter that is convenient to the Court.

Dated: October 21, 2026

ERIC GRANT
United States Attorney

By: /s/ Alyson A. Berg
ALYSON A. BERG
Assistant United States Attorney

Attorneys for Defendants

Dated: October 20, 2026

*/s/ Margaret E. Townsend* *(as authorized on 10.20.26)*
MARGARET E. TOWNSEND *pro hac vice*
Center for Biological Diversity
P.O. Box 11374
Portland, OR 97211
Tel: (971) 717-6409
mtownsend@biologicaldiversity.org

Dated: October 20, 2026

*/s/ Brian Segee* *(as authorized on 10.20.26)*
BRIAN SEGEE (Cal. Bar No. 200795)
Center for Biological Diversity
226 W. Ojai Ave., Ste. 101-442
Ojai, CA 93023
Tel: (805) 750-8852
bsegee@biologicaldiversity.org

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

CENTER FOR BIOLOGICAL DIVERSITY,

Plaintiff,

v.

U.S. FISH AND WILDLIFE SERVICE, et al.,

Defendants.

CASE NO. 2:26-cv-02311-WBS-JDP

**ORDER FOR SECOND JOINT STIPULATION FOR EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO THE COMPLAINT AND TO CONTINUE STATUS (PRETRIAL SCHEDULING) CONFERENCE**

ORDER

This Court has considered the Parties' second joint stipulation to extend the time for Defendants to respond to the Complaint and to continue the Status (Pretrial Scheduling) Conference. Finding good cause appears therefrom, IT IS HEREBY ORDERED that:

1. Defendants' responsive pleading to Plaintiff's Complaint shall be filed on or before February 1, 2027.

2. The Status (Pretrial Scheduling) Conference is continued to February 22, 2027

Dated: October 22, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE